FILED 
CO386-online
10/03

NOV 2 3 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

UNITED TECHNOLOGIES CORPORATION, PRATT & WHITNEY
DIVISION,
400 East Main Street
Hartford, CT  06108

              vs

                       Plaintiff

UNITED STATES DEPARTMENT OF DEFENSE,
1000 Defense Pentagon
Washington, DC  20301-1000,
and

DEFENSE COTNRACT MANAGEMENT AGENCY,
6360 Walker Lane

                       Defendant

)
)
)
)
)
)
)
)
)
)
)
)

Civil Ac

CASE NUMBER   1:05CV02271

JUDGE: Richard W. Roberts

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 11/23/2005

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  United States Corporation, Pratt & Whitney Division  certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of  United Technologies Corporation, Pratt & Whitney Division  which have

any outstanding securities in the hands of the public:

    Zardoya Otis, S.A.
    Golfo de Salonica, 73
    28033 Madrid,
    Spain.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

Signature

DC BAR No. 219915

BAR IDENTIFICATION NO.

Robert K. Huffman
Print Name

655 Fifteenth Street, NW
Address

Washington   DC          2005-5701
City           State        Zip Code

(202) 626-5800
Phone Number