# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED TECHNOLOGIES CORPORATION, PRATT & WHITNEY DIVISION**<br>400 East Main Street<br>East Hartford, CT 06108<br><br>　　　　　　　**Plaintiff,**<br><br>　v.<br><br>**UNITED STATES DEPARTMENT OF DEFENSE,**<br>1000 Defense Pentagon<br>Washington, D.C. 20301-1000<br><br>and<br><br>**DEFENSE CONTRACT MANAGEMENT AGENCY,**<br>6350 Walker Lane<br>Alexandria, VA 22310-3241<br><br>　　　　　　　**Defendants.** | Civil Action Number: 05-2271 (RWR) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Kevin K. Robitaille as counsel for Defendants in the above-captioned case.

　　　　　　　　　　　　____/s/_____
　　　　　　　　　　　　KEVIN K. ROBITAILLE
　　　　　　　　　　　　Special Assistant U.S. Attorney
　　　　　　　　　　　　Civil Division
　　　　　　　　　　　　555 Fourth St., N.W.
　　　　　　　　　　　　Washington, D.C.  20530
　　　　　　　　　　　　202-353-9895  / FAX 202-514-8780