IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED TECHNOLOGIES CORPORATION, PRATT & WHITNEY DIVISION<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE et al.<br><br>Defendants. | Civil Action Number: 05-2271 (RWR) |

**DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO ANSWER, MOVE OR OTHERWISE RESPOND**

Plaintiff brings this case under Administrative Procedure Act, 5 U.S.C. § 702, *et seq* alleging that defendants' decision to release information pursuant to a Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, request was unlawful. Defendants respectfully move this Court for a fourteen (14) day enlargement of time through and including February 6, 2006, within which to answer, move, or otherwise respond to the Complaint in this matter. Good cause exists to grant this motion:

1. Defendants' answer, motion or other response to the Complaint is currently due January 23rd 2006.

2. Defendant has been diligently working on this matter; however, defendant needs additional time to address the factual and legal claims raised by plaintiff.

3. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

4. This is the first enlargement of time sought in this matter.

5. Plaintiff through counsel have consented to this enlargement.

For these reasons, defendants request that the Court grant their Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond. A proposed order is included with this Motion.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN., D.C. Bar #451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney

_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
202-353-9895 / FAX 202-514-8780

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED TECHNOLOGIES CORPORATION, PRATT & WHITNEY DIVISION**       ) ) ) ) | |
| Plaintiff,    ) ) | |
| v.    ) ) | **Civil Action Number: 05-2271 (RWR)** |
| **UNITED STATES DEPARTMENT OF DEFENSE et al.**    ) ) ) ) | |
| Defendants.    ) ) ) | |

**ORDER**

Upon consideration of Defendants' Motion for an Enlargement of Time to Answer, Move or Otherwise Respond to the Complaint, and the entire record of this case, it is hereby

ORDERED that Defendants' Motion for an Enlargement of Time is GRANTED, and it is

FURTHER ORDERED that Defendants shall have up to and including October 31, 2005, to answer or otherwise respond to Plaintiffs' Complaint.

Dated this _____ day of _____, 2006.

_____
Richard W. Roberts
United States District Judge

Copies to:
Parties via ECF