IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED TECHNOLEGIES CORPORATION, PRATT & WHITNEY DIVISION )<br><br>Plaintiff, )<br><br>v. )<br><br>UNITED STATES DEPARTMENT OF DEFENSE et al. )<br><br>Defendants. ) | Civil Action Number: 05-2271 (RWR) |

**DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO ANSWER, MOVE OR OTHERWISE RESPOND**

Plaintiff brings this case under Administrative Procedure Act, 5 U.S.C. § 702, *et seq* alleging that defendants' decision to release information pursuant to a Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, request was unlawful. Defendants respectfully move this Court for a four (4) day enlargement of time through and including February 10, 2006, within which to answer, move, or otherwise respond to the Complaint in this matter. Good cause exists to grant this motion:

1. Defendants' answer, motion or other response to the Complaint is currently due February 10th 2006.

2. Defendant has been diligently working on this matter; however, defendant needs additional time to assemble the administrative record and address the factual and legal claims raised by plaintiff.

3. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or

any other in-court matters.

4.  This is the second enlargement of time sought in this matter.

5.  Plaintiff through counsel has consented to this enlargement.

For these reasons, defendants request that the Court grant their Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond.  A proposed order is included with this Motion.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN., D.C.  Bar #451058
United States Attorney

_____
R. CRAIG  LAWRENCE, D.C.  Bar #171538
Assistant United States Attorney

_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED TECHNOLOGIES CORPORATION, PRATT & WHITNEY DIVISION**<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>**UNITED STATES DEPARTMENT OF DEFENSE et al.**<br><br>　　　　　　　Defendants. | Civil Action Number: 05-2271 (RWR) |

**ORDER**

Upon consideration of Defendants' Motion for an Enlargement of Time to Answer, Move or Otherwise Respond to the Complaint, and the entire record of this case, it is hereby

ORDERED that Defendants' Motion for an Enlargement of Time is GRANTED, and it is

FURTHER ORDERED that Defendants shall have up to and including February 10, 2006, to answer or otherwise respond to Plaintiffs' Complaint.

Dated this _____ day of _____, 2006.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Richard W. Roberts
　　　　　　　　　　　　　　　　　　　United States District Judge

Copies to:
Parties via ECF