IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED TECHNOLOGIES CORPORATION, PRATT & WHITNEY DIVISION  )<br>)<br>Plaintiff,  )<br>)<br>)<br>)<br>)<br>UNITED STATES DEPARTMENT OF DEFENSE  )<br>DEFENSE CONTRACT MANAGEMENT AGENCY  )<br>)<br>Defendants.  )<br>_____)| CIVIL ACTION NO.<br>1:05CV02271 |

1. I am Michael J. Klem, Deputy Commander of the Defense Contract Management Agency Aircraft Propulsion Operations - Pratt & Whitney, located in East Hartford, Connecticut. I have held this position since 2005. The statements made herein are based upon my personal knowledge.

2. I provided verbal notification to P&W Quality Managers Mark Allen and Michael Pcholinski of an upcoming DCMA audit of Pratt & Whitney's Engine Center facility in Middletown, CT. I did so at the October 28, 2004 Turbine Module Center Product Integrity Council meeting. I informed them that the audit at the Engine Center, scheduled for November 8, 2004, would be counted as DCMA's next "no notice" audit.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of January 2006

MICHAEL J. KLEM