IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED TECHNOLOGIES CORPORATION, PRATT & WHITNEY DIVISION<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE DEFENSE CONTRACT MANAGEMENT AGENCY<br><br>Defendants. | CIVIL ACTION NO.<br>1:05CV02271 |

1. I am Peter C. Leahy, Former Commander of the Defense Contract Management Agency Aircraft Propulsion Operations - Pratt & Whitney, located in East Hartford, Connecticut. I held this position from 2001 to 2004. The statements made herein are based upon my personal knowledge.

2. I provided email notification to P&W Senior Management of two upcoming DCMA audits of Pratt & Whitney facilities. On June 16, 2004, I notified Senior Vice President, Larry Moore, Quality Manager, Michael Pcholinski, and Vice President of Quality, Eileen Drake of an upcoming audit. On August 30, 2004, I again notified Mr. Moore and Ms. Drake of another upcoming audit.

3. Copies of the email messages that I sent on June 16 and August 30, 2004 are attached.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13 day of January 2006

_____
PETER C. LEAHY

| | |
|---|---|
| From: | Moore, Larry O.  (Sr VP Op) [larry.o.moore@pw.utc.com] |
| Sent: | Thursday, June 17, 2004 7:40 AM |
| To: | Leahy, Peter Lt Col; Moore, Larry O.  (Sr VP Op); Pcholinski, Michael |
| Cc: | Drake, Eileen P.; Klem, Michael; Smith, Dee A.C.; Ulshoeffer, John |
| Subject: | RE: Telegraphing |

This is necessary and appropriate.  We will pass, with margin!......lom

-----Original Message-----
From: Leahy, Peter Lt Col [mailto:Peter.Leahy@dcma.mil]
Sent: Wednesday, June 16, 2004 6:26 PM
To: larry.o.moore@pw.utc.com; Pcholinski, Michael
Cc: Drake, Eileen P.; Klem, Michael; Smith, Dee A.C.; Ulshoeffer, John
Subject: Telegraphing


As I promised to you Larry, I would like to inform you that DCMA will conduct an inspection on a repeat finding in the module centers.  This exercise will be conducted during the week of 28 June.

b/r
PCL
PETER C. LEAHY, Lt Col, USAF
Commander, DCMA Pratt & Whitney
860-565-8671
860-463-9239 (cell)
860-565-3647 (fax)
peter.leahy@dcma.mil

1

| | |
|---|---|
| **From:** | Leahy, Peter  Lt Col |
| **Sent:** | Monday, August 30, 2004 1:54 PM |
| **To:** | 'larry.o.moore@pw.utc.com' |
| **Cc:** | 'Drake, Eileen P.'; Smith, Dee A.C.; Klem, Michael |
| **Subject:** | Notice of Audit |

Larry,
The DCMA will be conducting a no notice audit of the manufacturing area in the near future.

v/r
PCL


PETER C. LEAHY, Lt Col, USAF
Commander, DCMA Aircraft Propulsion
 Operations-Pratt & Whitney
860-565-8671
860-463-9239 (cell)
860-565-3647 (fax)
peter.leahy@dcma.mil
*Good Parts = Good Engines = Thrust We Can Trust*