IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED TECHNOLOGIES CORPORATION,<br>PRATT & WHITNEY DIVISION,<br>400 East Main Street<br>East Hartford, CT 06108<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF<br>DEFENSE, et al.<br><br>      Defendants. | Civil Action No.: 05-2271 (RWR) |

### UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiff United Technologies Corporation, Pratt & Whitney Division, by counsel, respectfully moves this Court for a sixty-day enlargement of time through and including April 22, 2006, within which to oppose the Government's motion for summary judgment and to file a cross-motion for summary judgment. Good cause exists to grant this motion, and counsel for the Government consents to the requested enlargement.

    1.    Plaintiff filed and served a complaint on November 23, 2006, seeking relief against the Government's decision to release Plaintiff's confidential commercial information.

    2.    The Government requested and received two enlargements of time to respond. The Government responded in the form of a motion for summary judgment on the administrative record on February 10, 2006.

3. Pursuant to this Court's rules, which allot Plaintiff eleven days to file an opposition to the motion for summary judgment, Plaintiff's opposition is due on February 21, 2006. Plaintiff needs additional time to review the administrative record and to respond to the legal issues raised in the Government's motion for summary judgment.

4. Because no court dates have yet been scheduled, granting this enlargement will not interfere with the Court's schedule.

5. This is the first enlargement of time that Plaintiff has sought in this matter.

6. The Government, through counsel, has consented to the requested enlargement.

Respectfully submitted,

_____
ROBERT K. HUFFMAN (D.C. BAR NO. 219915)
EMMETT B. LEWIS (D.C. BAR NO. 308627)
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W.
Suite 900
Washington, D.C. 20005-5701
(202) 626-5824
(202) 628-0858 facsimile

Attorneys for Plaintiff
United Technologies Corporation,
Pratt & Whitney Division

*Of Counsel*:

LESTER K. KATAHARA (D.C. BAR NO. 367691)
PRATT & WHITNEY MILITARY ENGINES
400 Main Street M/S182-30
East Hartford, CT 06108
(860) 565-5416
(860) 755-5878 (facsimile)

LEAH E. FRAZIER (D.C. BAR NO. 492540)
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W.
Suite 900
Washington, D.C. 20005-5701
(202) 626-6086
(202) 628-0858 facsimile

Dated: February 16, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED TECHNOLOGIES CORPORATION, PRATT & WHITNEY DIVISION, 400 East Main Street East Hartford, CT 06108<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE, et al.<br><br>Defendants. | Civil Action No.: 05-2271 (RWR) |

## ORDER

Upon consideration of Plaintiff's motion for an enlargement of time, it is hereby

ORDERED that Plaintiff's motion for an enlargement of time is GRANTED, and it is

FURTHER ORDERED that Plaintiff shall have up to and including April 22, 2006, to oppose the Government's motion for summary judgment and to file a cross-motion for summary judgment.

Dated this _____ day of _____, 2006.


                                                  _____
                                                  Richard W. Roberts
                                                  United States District Judge

Copies to:
Parties via ECF