IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED TECHNOLOGIES CORPORATION, PRATT & WHITNEY DIVISION, 400 East Main Street East Hartford, CT 06108 <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF DEFENSE, et al. <br><br> Defendants. | Civil Action No.: 05-2271 (RWR) |

## MODIFICATION TO PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Plaintiff hereby modifies the requested due date for its opposition to the Government's motion for summary judgment and its cross-motion for summary judgment from April 22, 2006, to April 24, 2006. Because April 22, 2006, is a Saturday, the due date should be Monday, April 24, 2006.

Respectfully submitted,

_____
ROBERT K. HUFFMAN (D.C. BAR NO. 219915)
EMMETT B. LEWIS (D.C. BAR NO. 308627)
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W.
Suite 900
Washington, D.C. 20005-5701
(202) 626-5824
(202) 628-0858 facsimile

Attorneys for Plaintiff
United Technologies Corporation,
Pratt & Whitney Division

*Of Counsel:*

LESTER K. KATAHARA (D.C. BAR NO. 367691)
PRATT & WHITNEY MILITARY ENGINES
400 Main Street M/S182-30
East Hartford, CT 06108
(860) 565-5416
(860) 755-5878 (facsimile)

LEAH E. FRAZIER (D.C. BAR NO. 492540)
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W.
Suite 900
Washington, D.C. 20005-5701
(202) 626-6086
(202) 628-0858 facsimile

Dated: February 21, 2006