IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED TECHNOLOGIES CORPORATION, PRATT & WHITNEY DIVISION,<br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE, et al.<br><br>Defendants. | Civil Action Number: 05-2271 (RWR) |

**ORDER**

This matter comes before the Court on Plaintiff's motion to strike extra-record materials submitted by Defendant to provide a rationale and/or supporting evidence for the agency's decision. Based upon the motion, the memorandum of points and authorities in support thereof, the opposition thereto, and the administrative record, it is this ___ day of ____, 20__ hereby

ORDERED that Plaintiff's motion is GRANTED, and it is further

ORDERED that paragraphs 11-13, 15, 17, and 22-27 of the Declaration of Steven T. Bogusz and the attachments to that declaration, the Declaration of Peter C. Leahy and the attachments thereto, and the Declaration of Michael J. Klem be stricken from the record in this case.

SO ORDERED.

Richard W. Roberts
United States District Judge

Copies to:
The Parties via ECF