IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED TECHNOLOGIES )<br>CORPORATION, )<br>PRATT & WHITNEY DIVISION )<br>  )<br>  Plaintiff, )<br>  )<br>v.   )<br>  )<br>UNITED STATES DEPARTMENT )<br>OF DEFENSE et al.  )<br>  )<br>  Defendants. )<br>  )<br>_____) | Civil Action Number: 05-2271 (RWR) |

**DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO REPLY TO PLAINTIFF'S OPPOSITION AND
OPPOSITIONS TO PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGEMENT
AND MOTION TO STRIKE**

Plaintiff brings this case under Administrative Procedure Act, 5 U.S.C. § 702, *et seq* alleging that defendants' decision to release information pursuant to a Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, request was unlawful. Defendants respectfully move this Court for an enlargement of time through and including June 5, 2006, within to file their Reply to Plaintiff's Opposition and Oppositions to Plaintiff's Cross-Motion for Summary Judgement and Motion to Strike.  Good cause exists to grant this motion:

1. Defendants' reply to plaintiff's opposition is currently due May 4, 2006 and it opposition to both plaintiff's cross-motion and Motion to Strike are due May 8.

2. Defendant has been diligently working on this matter; however, defendant needs additional time to address the factual and legal claims raised by plaintiff.

3.  Granting this enlargement will not require the rescheduling of pre-trial or trial dates or

any other in-court matters.

    4. This is the first enlargement of time sought in this matter.

    5. Plaintiff through counsel has consented to this enlargement.

For these reasons, defendants request that the Court grant their Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond. A proposed order is included with this Motion.

        Respectfully submitted,


_____/s/_____
KENNETH L. WAINSTEIN., D.C. Bar #451058
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS D.C. Bar No. 434122
Assistant United States Attorney


_____/s/_____
KEVIN K ROBITAILLE
Special Assistant U.S. Attorney
555 Fourth Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 353-9895

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED TECHNOLOGIES CORPORATION, PRATT & WHITNEY DIVISION<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE et al.<br><br>Defendants. | Civil Action Number: 05-2271 (RWR) |

**ORDER**

Upon consideration of Defendants' Motion for an Enlargement of Time to file their Reply to Plaintiff's Opposition and Oppositions to Plaintiff's Cross-Motion for Summary Judgement and Motion to Strike, and the entire record of this case, it is hereby

ORDERED that Defendants' Motion for an Enlargement of Time is GRANTED, and it is

FURTHER ORDERED that Defendants shall have up to and including June 5, 2006, to file their Reply to Plaintiff's Opposition and Oppositions to Plaintiff's Cross-Motion for Summary Judgement and Motion to Strike.

Dated this _____ day of _____, 2006.

_____
Richard W. Roberts
United States District Judge

Copies to:
Parties via ECF