IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED TECHNOLOGIES CORPORATION,
PRATT & WHITNEY DIVISION,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF
DEFENSE, et al.

Defendants.

Civil Action Number: 05-2271 (RWR)

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO REPLY TO DEFENDANT'S MEMORANDUM IN RESPONSE TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT AND TO REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE**

Plaintiff United Technologies Corporation, Pratt & Whitney Division respectfully moves the Court for a thirty-day enlargement of time through and including July 24, 2006, within which to file its Reply to Defendant's Memorandum In Response To Plaintiff's Opposition To Defendant's Motion For Summary Judgment And Opposition To Plaintiff's Cross Motion For Summary Judgment and its Reply to Defendant's Memorandum In Opposition To Plaintiff's Motion To Strike [collectively "Oppositions"]. Good cause exists to grant this motion.

1. Defendants filed the Oppositions on June 12, 2006. Therefore, Plaintiff's replies to the Oppositions are due on June 22, 2006.

2. Plaintiff has been diligently working on this matter; however, Plaintiff needs additional time to address the factual and legal issues raised by Defendant.

3. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

4. This is the second enlargement of time sought in this matter.

5. Defendants, through counsel, have consented to this enlargement.

For these reasons, Plaintiff requests that the Court grant its Unopposed Motion For Enlargement Of Time Within Which To Reply to Defendant's Memorandum In Response To Plaintiff's Opposition To Defendant's Motion For Summary Judgment And Opposition to Plaintiff's Cross-Motion For Summary Judgment And To Reply To Defendant's Opposition To Plaintiff's Motion To Strike. A proposed order is included with this Motion.

Respectfully submitted,

/s/ Robert K. Huffman

ROBERT K. HUFFMAN (D.C. BAR NO. 219915)
EMMETT B. LEWIS (D.C. BAR NO. 308627)
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W.
Suite 900
Washington, D.C. 20005-5701
(202) 626-5824
(202) 628-0858 facsimile

Attorneys for Plaintiff
United Technologies Corporation,
Pratt & Whitney Division

*Of Counsel*:

LESTER K. KATAHARA (D.C. BAR NO. 367691)
PRATT & WHITNEY MILITARY ENGINES
400 Main Street M/S182-30
East Hartford, CT 06108
(860) 565-5416
(860) 755-5878 (facsimile)

LEAH E. FRAZIER (D.C. BAR NO. 492540)
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W.
Suite 900
Washington, D.C. 20005-5701
(202) 626-6086
(202) 628-0858 facsimile

Dated: June 14, 2006