IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED TECHNOLOGIES CORPORATION,
PRATT & WHITNEY DIVISION,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF
DEFENSE, et al.

Defendants.

Civil Action Number: 05-2271 (RWR)

**PROPOSED ORDER**

Upon consideration of Plaintiff's Unopposed Motion For Enlargement Of Time Within Which To Reply to Defendant's Memorandum In Response To Plaintiff's Opposition To Defendant's Motion For Summary Judgment And Opposition to Plaintiff's Cross-Motion For Summary Judgment And To Reply To Defendant's Opposition To Plaintiff's Motion To Strike, and the entire record of this case, it is hereby

ORDERED this ____ day of ______, 2006 that Plaintiff's Motion For An Enlargement Of Time is GRANTED, and it is

FURTHER ORDERED that Plaintiff shall have up to and including July 24, 2006, to file its Reply to Defendant's Memorandum In Response To Plaintiff's Opposition To Defendant's Motion For Summary Judgment And Opposition to Plaintiff's Cross-Motion For Summary Judgment and its Reply To Defendant's Opposition To Plaintiff's Motion To Strike.

SO ORDERED.

Richard W. Roberts
United States District Judge

Copies to:
Parties via ECF