IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED TECHNOLOGIES CORPORATION, PRATT & WHITNEY DIVISION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE, et al.<br><br>Defendants. | Civil Action Number: 05-2271 (RWR) |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff United Technologies Corporation, Pratt & Whitney Division ("P&W") hereby notifies the Court of a recent decision by Judge John Bates in *Canadian Commercial Corp. v. Department of the Air Force*, Civil Action No. 04-1189 (JDB) (D.D.C. Aug. 3, 2006), which was issued after the parties completed briefing cross-motions for summary judgment in this case. In *Canadian Commercial Corp.*, Judge Bates held that a court need not accept "the government's vague and unsupported contentions" of no impairment. *Id.*, Slip op. at 26-29. That holding is pertinent to the issues before the Court in this case, *i.e.,* the extent to which the Court should defer to the government's assertion that disclosure of the information at issue here would not impair the government's future ability to obtain necessary information from P&W and other Department of Defense contractors.

653132.1

Respectfully submitted,

/s/ Robert K. Huffman
ROBERT K. HUFFMAN (D.C. BAR NO. 219915)
EMMETT B. LEWIS (D.C. BAR NO. 308627)
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W.
Suite 900
Washington, D.C. 20005-5701
(202) 626-5824
(202) 628-0858 facsimile

Attorneys for Plaintiff
United Technologies Corporation,
Pratt & Whitney Division

*Of Counsel*:

LESTER K. KATAHARA (D.C. BAR NO. 367691)
PRATT & WHITNEY MILITARY ENGINES
400 Main Street M/S182-30
East Hartford, CT 06108
(860) 565-5416
(860) 755-5878 (facsimile)

LEAH E. FRAZIER (D.C. BAR NO. 492540)
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W.
Suite 900
Washington, D.C. 20005-5701
(202) 626-6086
(202) 628-0858 facsimile

Dated: October 17, 2006

653132.1