UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| THE BOEING COMPANY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | Civil Action No. 05-0365 (GK) |
| U.S. DEPARTMENT OF THE AIR FORCE, | ) ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Brian C. Baldrate, Special Assistant U.S. Attorney, as counsel of record for the defendants in the above-captioned case, and withdraw the appearance of Special Assistant United States Attorney Kevin K. Robitaille.

Respectfully submitted,

_____/s/_____
BRIAN C. BALDRATE
Special Assistant U.S. Attorney
555 Fourth St., N.W.
Room E4408
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780