UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED TECHNOLOGIES CORPORATION,** **PRATT & WHITNEY DIVISION,** | ) ) ) | Civil Action No. 05-2271 (JDS) |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| **UNITED STATES DEPARTMENT OF DEFENSE,** et al., | ) ) ) | |
| Defendants. | ) | |

AND

| | | |
|---|---|---|
| **SIKORSKY AIRCRAFT CORPORATION,** | ) ) | Civil Action No. 05-2373 (JDS) |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| **UNITED STATES DEPARTMENT OF DEFENSE,** et al., | ) ) ) | **O R D E R** * * * * * |
| Defendants. | ) | |

Upon the Court's own motion,

**IT IS ORDERED** that a pending motion hearing will be conducted by the undersigned at 10:30 a.m., on April 30, 2008, in Courtroom 19.

The Clerk of Court shall forthwith notify the parties of the making of this order.

**DONE** and **DATED** this 10th day of April, 2008.

/s/ Jack D. Shanstrom
Senior United States District Judge
District of Montana