IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED TECHNOLOGIES CORPORATION, PRATT & WHITNEY DIVISION<br>400 East Main Street<br>East Hartford, CT 06108<br><br>                Plaintiff,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE,<br>1000 Defense Pentagon<br>Washington, D.C. 20301-1000<br><br>and<br><br>DEFENSE CONTRACT MANAGEMENT AGENCY,<br>6350 Walker Lane<br>Alexandria, VA 22310-3241<br><br>                Defendants. | Civil Action Number: 05-2271 (TFH) |

### NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Kevin K. Robitaille as counsel for Defendants in the above-captioned case.

                                                      /s/_____
                                        KEVIN K. ROBITAILLE
                                        Special Assistant U.S. Attorney
                                        Civil Division
                                        555 Fourth St., N.W.
                                        Washington, D.C. 20530
                                        202-353-9895 / FAX 202-514-8780