IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED TECHNOLOGIES CORPORATION, PRATT & WHITNEY DIVISION<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE, et al.<br><br>Defendants. | Civil Action Number: 05-2271 (JDS) |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL

In this "reverse" Freedom of Information Act ("FOIA") case, Plaintiff United Technologies Corporation, Pratt & Whitney Division ("P&W") hereby moves, pursuant to Local Rule 5.1(j)(l), for leave to file under seal its Memorandum of Points and Authorities in Support of Plaintiff's Motion to Close the April 30, 2008 Hearing and the affidavits attached thereto ("Memorandum"). The Memorandum identifies and describes ongoing engine competitions in which P&W is engaged and the circumstances under which P&W's competitive position in those competitions could be impaired.

As required by Local Rule 7(m), counsel for Plaintiff has discussed with counsel for Defendants whether Defendants will oppose this motion. Counsel for Defendants has informed counsel for Plaintiff that Defendants do not object to this motion.

EAST_7994463 v4

Respectfully submitted,


_____/s/ Robert K. Huffman_____
ROBERT K. HUFFMAN (D.C. BAR NO. 219915)
LAUREN R. BATES (D.C. BAR NO. 975461)
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036
(202) 887-4530
(202) 887-4288 facsimile

Attorneys for Plaintiff
United Technologies Corporation,
Pratt & Whitney Division

*Of Counsel*:

LESTER K. KATAHARA (D.C. BAR NO. 367691)
PRATT & WHITNEY MILITARY ENGINES
400 Main Street M/S 182-30
East Hartford, CT 06108
(860) 565-5416
(860) 755-5878 facsimile