IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED TECHNOLEOGIES CORPORATION, PRATT & WHITNEY DIVISION<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE, et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action Number: 05-2271 (JDS)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of Plaintiff's Motion for Leave to File Under Seal, and of the entire record, and it appearing to the Court that the granting of this motion would be just and proper, it is by the Court this ___ day of _____, 2008,

ORDERED that Plaintiff's Motion for Leave to File Under Seal be, and it is, granted, and it is further

ORDERED that the Clerk shall file under seal Plaintiff's Memorandum of Points and Authorities in Support of Plaintiff's Motion to Close the April 30, 2008 Hearing.

SO ORDERED.

_____
Jack D. Shanstrom
Senior United States District Judge
District of Montana

EAST_7994781 v3