IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED TECHNOLOGIES CORPORATION, PRATT & WHITNEY DIVISION<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE, et al.<br><br>Defendants. | Civil Action Number: 05-2271 (JDS) |

### NOTICE OF FILING OF PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO CLOSE THE APRIL 30, 2008 HEARING UNDER SEAL

Pursuant to Local Rule 5.4(e)(2), Plaintiff hereby advises the Court that it will file Plaintiff's Memorandum of Points and Authorities in Support of Plaintiff's Motion to Close the April 30, 2008 Hearing and the affidavits attached thereto ("Memorandum") with the Clerk's office in paper and CD-ROM form. In accordance with Local Rule 5.1(j)(1), the Memorandum will be treated as sealed pending the outcome of Plaintiff's Motion for Leave to File Under Seal.

EAST\_7994786 v3

Respectfully submitted,

_____/s/ Robert K. Huffman_____
ROBERT K. HUFFMAN (D.C. BAR NO. 219915)
LAUREN R. BATES (D.C. BAR NO. 975461)
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, NW
Washington, DC  20036
(202) 887-4530
(202) 887-4288 facsimile

Attorneys for Plaintiff
United Technologies Corporation,
Pratt & Whitney Division

*Of Counsel*:

LESTER K. KATAHARA (D.C. BAR NO. 367691)
PRATT & WHITNEY MILITARY ENGINES
400 Main Street M/S 182-30
East Hartford, CT  06108
(860) 565-5416
(860) 755-5878 facsimile