IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED TECHNOLOGIES CORPORATION, PRATT & WHITNEY DIVISION<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE, et al.<br><br>Defendants. | Civil Action Number: 05-2271 (JDS) |

## PLAINTIFF'S MOTION TO CLOSE
## THE APRIL 30, 2008 HEARING

Plaintiff United Technologies Corporation, Pratt & Whitney Division ("P&W") hereby moves, pursuant to Local Rule 7, for an Order closing to the public the hearing scheduled in this matter for 10:30 am on April 30, 2008. This is a "reverse" Freedom of Information Act ("FOIA") case in which the Defendants filed the Administrative Record ("AR") with the Court under seal so that the Court could rule, without premature release of the information in the AR, on the parties' cross-motions for summary judgment on the issue of whether the agency properly determined that certain information in the AR was releasable under the FOIA. Consistent with the filing of the AR under seal, Plaintiff P&W respectfully requests the Court to close the April 30, 2008 hearing on the parties' cross-motions for summary judgment to ensure that none of the information in the AR is inadvertently released to the public before the Court has the opportunity to rule on the motions. The grounds for this motion are more fully set forth in the

EAST_7994418 v4

accompanying Memorandum of Points and Authorities In Support of Plaintiff's Motion to Close the April 30, 2008 Hearing and the affidavits attached thereto.

As required by Local Rule 7(m), counsel for Plaintiff has discussed with counsel for Defendants whether Defendants will oppose this motion. Counsel for Defendants has informed counsel for Plaintiff that Defendants object to this motion, but that they will not file an opposition.

Respectfully submitted,

/s/ Robert K. Huffman
ROBERT K. HUFFMAN (D.C. BAR NO. 219915)
LAUREN R. BATES (D.C. BAR NO. 975461)
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036
(202) 887-4530
(202) 887-4288 facsimile

Attorneys for Plaintiff
United Technologies Corporation,
Pratt & Whitney Division

*Of Counsel*:

LESTER K. KATAHARA (D.C. BAR NO. 367691)
PRATT & WHITNEY MILITARY ENGINES
400 Main Street M/S 182-30
East Hartford, CT 06108
(860) 565-5416
(860) 755-5878 facsimile