IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED TECHNOLOGIES CORPORATION, PRATT & WHITNEY DIVISION<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE, et al.<br><br>Defendants. | Civil Action Number: 05-2271 (JDS) |

### ORDER

Upon consideration of Plaintiff's Motion to Close the April 30, 3008 Hearing, and of the entire record, and it appearing to the Court that the granting of this motion would be just and proper, it is by the Court this ___ day of _____, 2008,

ORDERED that Plaintiff's Motion to Close the April 30, 2008 Hearing be, and it is, granted.

SO ORDERED.

_____
Jack D. Shanstrom
Senior United States District Judge
District of Montana

EAST 7994788 v3