IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| UNITED TECHNOLOGIES CORPORATION, PRATT & WHITNEY DIVISION, | ) ) ) ) | Civil Action No. 05-2271(JDS) |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | ORDER |
| UNITED STATES DEPARTMENT OF DEFENSE, et al., | ) ) ) ) | |

Presently before the Court are the respective Plaintiff's Unopposed Motions (1) for Leave to File Under Seal and (2) to Close the April 30, 2008 Hearing. After having reviewed and considered the Motions, IT IS HEREBY ORDERED that,

1. Plaintiff's Motion to for Leave to File Under Seal (*Doc. # 29*) is GRANTED;

2. The Clerk of Court is directed to file Doc. #30 UNDER SEAL;

3. Plaintiff's Motion to Close the April 30, 2008 Hearing (*Doc. #31*) is GRANTED.

The Clerk of Court shall notify the Parties forthwith of the making of this Order.

DATED this 28th day of April, 2008.

       /s/Jack D. Shanstrom
JACK D. SHANSTROM
SENIOR U.S. DISTRICT JUDGE